David D. Lin (*pro hac vice*)
david@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Fornix Holdings LLC
and CP Productions, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Fornix Holdings LLC; and CP Productions, Inc.,** | Case No. 2:23-cv-00309-JJT |
| *Plaintiffs*, | |
| v. | **Certificate of Service** |
| **John Doe #1 d/b/a Justswallows.com; John Doe #2 d/b/a xgloryhole.com; VeriSign, Inc.; Porkbun LLC; and Cloudflare, Inc.,** | |
| *Defendants*. | |

I, DAVID D. Lin, declare:

    1.    I am an attorney licensed to practice in the State of New York and will simultaneously herewith, or promptly hereafter, apply for *pro hac vice* admission to the District of Arizona on behalf of Plaintiffs CP Productions, Inc. ("CP Productions") and Fornix Holdings LLC ("Fornix", together with "CP Productions" as "Plaintiffs") for the instant action. I am not a party to this action.

1

2. As provided in the Certificate of Service dated February 21, 2023 (ECF No. 10), on February 21, 2023, Plaintiffs filed (1) Verified Complaint and accompanying exhibits (ECF No.1); (2) Notice of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause for Preliminary Injunction, and Order to Allow Alternative Service (ECF No. 2); (3) Declaration of David L. Graves in Support of Plaintiffs' *Ex Parte* Application for Temporary Restraining Order (ECF No. 3); (4) Declaration of David D. Lin in Support of Plaintiffs' *Ex Parte* Application for Temporary Restraining Order, and accompanying exhibits (ECF No. 4); and (5) Memorandum of Points and Authorities in Support of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order, Order To Show Cause for Preliminary Injunction, and Order to Allow Alternative Service (ECF No. 5).

3. On the same day, after obtaining ECF-stamped copies of the foregoing documents, I (through an associate acting under my direction) immediately served them upon Defendants VeriSign, Inc., Porkbun LLC, and Cloudflare, Inc., via email and mail.

4. Specifically, on February 21, 2023, I served Verisign, Inc. at the email addresses: legal@verisign.com, abuse@verisign.com. Copies of the foregoing documents were subsequently mailed to Verisign, Inc. at 12061 Bluemont Way, Reston, VA 20190 via FedEx express mail (Tracking No. 771377800161). Such copies were delivered on February 28, 2023.

5. On the same day, I served Porkbun LLC at the email addresses: abuse@porkbun.com, legal@porkbun.com. Copies of the foregoing documents were subsequently mailed to Porkbun LLC at 21370 SW Langer Farms Parkway, Sherwood, OR 97140 via FedEx express mail (Tracking No. 771377712520). Such copies were delivered on February 27, 2023.

6. On the same day, I served Cloudflare, Inc. at the email addresses: legal@cloudflare.com, abusedocuments@cloudflare.com. Copies of the foregoing documents were subsequently mailed to Cloudflare, Inc. at 101 Townsend Street, San Francisco, CA 94107 via FedEx express mail (Tracking No. 771377564738). Such copies were delivered on February 27, 2023.

7. Pursuant to the Court's Order dated March 1, 2023 (ECF No. 12), I (through an associate acting under my direction) served a copy of the Order upon Defendants VeriSign, Inc., Porkbun LLC, and Cloudflare, Inc., via email and mail.

8. Specifically, on March 1, 2023, I served Verisign, Inc. the said Order at the email addresses: legal@verisign.com, abuse@verisign.com. A copy of the Order was subsequently mailed to Verisign, Inc. at 12061 Bluemont Way, Reston, VA 20190 via FedEx overnight mail (Tracking No. 771446791719). Such copies were delivered on March 2, 2023.

9. On the same day, I served Porkbun LLC the said Order at the email addresses: abuse@porkbun.com, legal@porkbun.com. A copy of the Order was subsequently mailed to Porkbun LLC at 21370 SW Langer Farms Parkway, Sherwood, OR 97140 via FedEx overnight mail (Tracking No. 771446828812). Such copy was delivered on March 2, 2023.

10. On the same day, I served Cloudflare, Inc. the said Order at the email addresses: legal@cloudflare.com, abusedocuments@cloudflare.com. A copy of the Order was subsequently mailed to Cloudflare, Inc. at 101 Townsend Street, San Francisco, CA 94107 via FedEx overnight mail (Tracking No. 771446855036). Such copy was delivered on March 2, 2023.

1 | I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2023
Brooklyn, New York

By: _____
David D. Lin, Esq.
(*pro hac vice*)

*Attorneys for Fornix Holdings LLC and CP Productions, Inc.*