# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC, *et al.*, | No. CV-23-00309-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Party, *et al.*, | |
| Defendants. | |

Upon review of Plaintiff's Supplemental Memorandum of Law in Support of Request for Domain Transfer (Doc. 49), it appears to the satisfaction of the Court that this is a proper case for granting the requested relief:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs are entitled to ownership of the domain name <justswallows.org>. Sav.com, LLC, as the registrar for the domain name <justswallows.org>, shall transfer the said domain name to an account under Plaintiffs' control. These efforts shall be done at Plaintiffs' reasonable expense.

2. Plaintiffs are entitled to ownership of the domain names <justswallow.net> and <justswallows.co>. Porkbun LLC, as the registrar for the domain names <justswallow.net> and <justswallows.co>, shall transfer the said domain names to an account under Plaintiffs' control. These efforts shall be done at Plaintiffs' reasonable expense.

3. Plaintiffs are entitled to ownership of the domain names <justswallows.com> and <xgloryhole.com>. Verisign, Inc., as the top-level registry for the domain names

<justswallows.com> and <xgloryhole.com>, shall change the registrar of record for the said domain names to Plaintiffs' registrar of choice, whereupon Plaintiffs shall be listed as the registrant of record of the said domain names. These efforts shall be done at Plaintiffs' reasonable expense.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3) and Ariz. R. Civ. P. 4.1(k)(1), sufficient cause being shown therefor, counsel for Plaintiffs shall serve a copy of this Order and all papers filed in support of this Order on Defendant JS at the email addresses: justswallowscom@gmail.com, obeamjbpqvaa-r@mail.netart-registrar.com, abuse@porkbun.com, and abuse-contact@sav.com.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3) and Ariz. R. Civ. P. 4.1(k)(1), sufficient cause being shown therefor, counsel for Plaintiffs shall serve a copy of this Order and all papers filed in support of this Order on Defendant XGH at the email addresses: copyright@xgloryhole.com, gigiduru92@gmail.com, contact@privacyprotect.org.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment for Plaintiffs and close this matter.

Dated this 8th day of August, 2023.

Honorable John J. Tuchi
United States District Judge

- 2 -