# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC, et al., | NO. CV-23-00309-PHX-JJT |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Unknown Party, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 9, 2023, judgment is entered in favor of Plaintiffs. Plaintiffs are entitled to ownership of: the domain name <justswallows.org>, Sav.com, LLC, as the registrar for the domain name <justswallows.org>; the domain name <justswallow.net> and <justswallows.co>, Porkbun LLC, as the registrar for the domain names <justswallow.net> and <justswallows.co>; and the domain name <justswallows.com> and <xgloryhole.com>, Verisign, Inc., as the top-level registry for the domain names <justswallows.com> and <xgloryhole.com>.

August 9, 2023

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ D. Draper
     Deputy Clerk